[No. 26732-6-III. Division Three. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT MERCADO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-01033-9, Dennis D. Yule, J., entered December 27, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 25042-3-III. Division Three. February 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA JEAN HALVORSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-01451-3, Michael E. Schwab, J., entered February 24, 2006. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26634-6-III. Division Three. February 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE TERRELL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00137-2, Craig J. Matheson, J., entered November 7, 2007 and September 17, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 26739-3-III. Division Three. February 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EDWARD ELMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00005-1, Donald W. Schacht, J., entered December 14, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.